**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YASNAYA POLYANA TULA**
**CONFECTIONARY WORKS, OJSC,**

        **Plaintiff,**

-vs-                                                   **Case No. 6:07-cv-768-Orl-31KRS**

**TECHNOLOGICAL INDUSTRIAL**
**CONSULTING CORPORATION T.I.C.,**

        **Defendant.**

**ORDER**

This matter comes before the Court on the Motion for Entry of Judgment After Default (Doc. 11) filed by the Plaintiff, Yasnaya Polyana Tula Confectionary Works, OJSC. In its motion, the Plaintiff seeks confirmation of a foreign arbitral award and entry of final judgment in its favor and against the Defendant, Technological Industrial Consulting Corporation ("TIC"), in the amount of €325,997.10, converted to United States Dollars.[1] The Clerk entered a default against the Defendant on June 20, 2007.

After reviewing the motion and the pertinent exhibits, and in consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the arbitral award is **CONFIRMED**, and the Clerk is directed to enter judgment on behalf of the Plaintiff, Yasnaya Polyana Tula

---

[1] The Plaintiff sought conversion of the award amount "by reference to the exchange rate published in the Wall Street Journal for the day preceding the date of entry of judgment." (Doc. 11 at 5). The Court did not have access to yesterday's Wall Street Journal, and has instead employed the Noon Foreign Exchange Rate for July 23, 2007 (1.3817), collected and published by the Federal Reserve Bank of New York and available at http://www.ny.frb.org/markets/fxrates/noon.cfm.

Confectionary Works, OJSC, and against the Defendant, Technological Industrial Consulting Corporation, in the amount of $450,430.19.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 24, 2007.

                                          GREGORY A. PRESNELL
                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party